[No. 5259-1-III. Division Three. July 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD WARREN PAIGE, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 5813, Charles W. Cone, J., entered June 1, 1982. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, C.J., and Green, J.

[No. 4804-7-III. Division Three. July 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT T. HOLLISTER, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 81-1-00146-1, Fred R. Staples, J., entered September 18, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, J., Roe, C.J., dissenting.

[No. 5031-9-III. Division Three. July 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. HERMON R. RAMOS, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 4942, Clinton J. Merritt, J., entered February 11, 1982. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Green and McInturff, JJ.

[No. 5476-4-III. Division Three. July 7, 1983.]

THE STATE OF OREGON, *Respondent,* v. ROBERT HADEN KING, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82-1-00224-8, Yancey Reser, J., entered November 8, 1982. *Affirmed* by unpublished per curiam opinion.